**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Julian C. Wessell III                              CHAPTER 13
                                    Debtor(s)

                                                          BKY. NO. 22-11449 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Windsor Park Asset Holding Trust and index same on the master mailing list.

                                     Respectfully submitted,

                       /s/ Rebecca Solarz
                       Rebecca Solarz
                       15 Jun 2022, 13:19:24, EDT

                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322

Document ID: 32ff9207ffd5dcd3678deaf5c6e967022d4142669d2c90fa64687ce89cc50c42