**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| JULIAN C. WESSELL, III | : | |
| | : | |
| Debtor(s) | : | No. 22-11449 mdc |

ORDER

AND NOW, this 17th day of June 2022, the Court having considered the Debtor's Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including **July 15, 2022**, within which to file all required documents.

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Mr. Julian C. Wessell, III
9503 Meadowbrook Avenue
Philadelphia, PA 19118