# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Julian C Wessell, III | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11449mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated June 6, 2022 and June 17, 2022 and this case be and the same is hereby DISMISSED.

July 29, 2022

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:
    Atty Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106
    Chapter 13 Statement of Your Current Monthly Income and Calculation of
        Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2 - If Applicable